FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 MAY 10 PM 1:06

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. **1:23CR 053** |
| Plaintiff, | : | |
| | : | JUDGE **JUDGE BLACK** |
| v. | : | |
| | : | **I N D I C T M E N T** |
| **DAMARION BOYD,** | : | |
| | : | 18 U.S.C. § 922(o) |
| | : | |
| Defendant. | : | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

**COUNT 1**
**(Illegal Possession of a Machinegun)**

On or about March 21, 2023, in the Southern District of Ohio, the defendant, **DAMARION BOYD**, did knowingly possess a machinegun, as defined in 18 U.S.C. § 921(a)(23), that is, a Glock GMBH Model 19x 9 millimeter firearm modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o), 921(a)(23), and 924(a)(2).**

**FORFEITURE ALLEGATION**

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **DAMARION BOYD**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- a Glock GMBH Model 19x 9 millimeter firearm, bearing serial number BWSV379 with any attachments; and

- two machinegun conversion devices comprising 3D printed polymer replacement Glock slide cover plates.

A TRUE BILL

/S/
_____
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*Ashley N. Brucato*
**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**